# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2025

### NO. 03-24-00376-CR

**Nicholas Gonzales, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.